USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/31/07

# ALSTON&BIRD LLP

90 Park Avenue
New York, New York 10016

212-210-9400
Fax: 212-210-9444
www.alston.com

Thomas J. Parker      Direct Dial: 212-210-9529      E-mail: thomas.parker@alston.com

July 27, 2007

*[Handwritten: CONFERENCE ADJOURNED TO THURSDAY, SEPTEMBER 20, 2007 AT 4:30PM SO ORDERED 7/30/07 /s/ JGK]*

*Via Facsimile (212) 805-7912*
Hon. John G. Koeltl
United States District Court
Southern District of New York
U. S. Courthouse
500 Pearl Street, Room 1030
New York, NY 10007

Re:    Picture Patents LLC v. Terra Holdings LLC & Halstead Property LLC, 07cv5465;
        Picture Patens LLC v. Atlas Air Worldwide Holdings, Inc. & Atlas Air, Inc., 07cv5635; and
        Picture Patents LLC v. Aeropostale, Inc., 07cv5567

Dear Judge Koeltl,

     My name is Thomas Parker and I represent Picture Patents LLC in the above-captioned actions. On Wednesday, your Honor's clerk, Mr. Don Fletcher, advised me that your Honor has scheduled a conference with all parties for July 31, 2007 at 4:30 p.m. I am submitting this letter to your Honor explaining the status of each case, as requested by Mr. Fletcher.

     Plaintiff has not yet served defendants with the Complaint in the above actions, but has provided each defendant a courtesy copy of the Complaint in hope of facilitating an amicable resolution of each matter. Plaintiff is currently working with each of the defendant's counsel to reach a settlement.

     We are hopeful that plaintiff will soon resolve each matter amicably. We will continue working diligently with each defendant in this regard.

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
404-881-7000
Fax: 404-881-7777

Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
704-444-1000
Fax: 704-444-1111

3201 Beechleaf Court, Suite 600
Raleigh, NC 27604-1062
919-862-2200
Fax: 919-862-2260

The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
202-756-3300
Fax: 202-756-3333

Brienner Strasse 11/V
80333 Munich
(49) (89) 238-0-70
Fax: (49) (89) 238-0-7110
(Representative Office)

Hon. John G. Koeltl
July 27, 2007
Page 2

In view of the foregoing, we respectfully request that your Honor adjourn the conference with all parties. Plaintiff will provide your Honor an update in thirty (30) days as to the likelihood of the parties reaching a settlement with respect to each case, should your Honor require such an update.

Respectfully Submitted,

Thomas J. Parker
Attorney for Plaintiff
Picture Patents LLC

TJP:mm

cc: Sent simultaneously by e-mail to
each of defendants' counsel as follows:

Daniel Golub, Esq., – dgolub@morganlewis.com
Attorney for Aeropostale, Inc.

Andrew Squlitis, Esq. – apslaw@msn.com
Attorney for Terra Holdings et al.

Christian J. Dunlap, Esq. – cdunlap@atlasair.com
Senior Counsel
Atlas Air Worldwide Holdings

LEGAL02/30466186v1