AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

PICTURE PATENTS, LLC,
Plaintiff,

V.

TERRA HOLDINGS LLC and
HALSTEAD PROPERTY LLC, Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 5465**

*JUDGE KOELTL*

TO: (Name and address of Defendant)

Terra Holdings LLC and
Halstead Property LLC
770 Lexington Avenue
New York, NY 10065

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      JUN 0 8 2007

CLERK                                                   DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PICTURE PATENTS, LLC
    Plaintiff,

  - against -           07 CV 5465

TERRA HOLDINGS LLC and      **AFFIDAVIT OF SERVICE**
HALSTEAD PROPERTY LLC
    Defendants.
_____

STATE OF NEW YORK  )
           ) ss:
COUNTY OF NEW YORK )

  Kim Fitzgerald, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by Alston & Bird LLP.

  That on the 13th day of August 2007, at approximately the time of 2:40 p.m., deponent served true copies of the Summons, Complaint, Individual Practices of Judge John G. Koeltl, Individual Practices of Magistrate Henry Pitman and Critical Instructions to Attorneys upon Halstead Properties LLC at 770 Lexington Avenue, New York, NY 10065 by personally delivering and leaving the same with Wanda Stratton, Assistant to General Counsel, who was authorized to accept service.

  Wanda Stratton is a black female, approximately 35 years of age, stands

LEGAL02/30488622v1

- 2 -

approximately 5 feet 7 inches tall and weighs approximately 175 pounds with black hair and brown eyes.

*Kim Fitzgerald*

Kim Fitzgerald

Sworn to before me this
15th day of August, 2007

*[signature]*

Notary Public

PAMELA L. LEWIS
Notary Public, State of New York
No. 31-4610141
Qualified in New York County
Commission Expires ~~March 30,~~
April 30, 2011

- 2 -