AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

_____Southern_____ DISTRICT OF _____New York_____

PICTURE PATENTS LLC
    Plaintiff,
v.

TERRA HOLDINGS LLC AND
HALSTEAD PROPERTY LLC
    Defendants.

**APPEARANCE**

Case Number: 07 CV 5465

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Picture Patents LLC
325 Riverside Drive
New York, NY 10025

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/10/2007 | _(signature)_ |
| Date | Signature |
| | Amy Manning     AM0338 |
| | Print Name     Bar Number |
| | Alston & Bird, LLP - 90 Park Avenue |
| | Address |
| | New York     New York     10016 |
| | City     State     Zip Code |
| | (212) 210-9543     (212) 210-9444 |
| | Phone Number     Fax Number |