SEP-21-2007  Case 1:07-cv-05465-JGK-HBP   Document 7   Filed 09/25/2007   Page 1 of 2
TO:212 805 7912                    P.2/3

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/25/07

# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax:212-210-9444
www.alston.com

**Amy Manning**
Direct Dial: 212-210-9543
E-mail: amy.manning@alston.com



RECEIVED
SEP 21 2007
JUDGE JOHN G. KOELTL

September 21, 2007

*Via Facsimile*

The Honorable Judge John G. Koetl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007
Facsimile: (212) 805-7912

*[Handwritten: ADJOURNED TO TUESDAY, OCTOBER 9, 2007 AT 4:30PM SO ORDERED. 9/24/07  JGK  SDJ]*

Re: *Picture Patents, LLC. v. Terra Holdings LLC et al.*, 07 CV 5465 (JGK) (HBP)

Dear Judge Koetl:

    We are counsel for Plaintiff Picture Patents, LLC ("Plaintiff") in the above captioned case. Your Honor has scheduled a status conference in this case for Tuesday, September 25, 2007 at 4:30 p.m. We are writing to request an adjournment of that conference in light of the parties advancement in settlement discussions.

    Plaintiff's complaint was served on August 13, 2007. Since that time, the parties have engaged in settlement discussions and have made significant progress. Due to the advancement in settlement negotiations, Plaintiff believes that it would be the most efficient use of the Court's and the parties' resources to adjourn the September 5, 2007 status conference for two weeks, or until such other time as is convenient for the Court, to permit the parties to reach a settlement. Counsel for Defendants does not oppose adjournment of the September 25th status conference.

Respectfully Submitted

*Amy Manning*

Amy Manning, Esq.

Atlanta • Charlotte • Dallas • New York • Research Triangle • Washington, D.C.

Hon. John G. Koetl
September 21, 2007
Page 2

cc: Sent simultaneously by e-mail to
    Defendants' counsel as follows:

    Andrew Saulitis, Esq. – apslaw@msn.com
    Attorney for Terra Holdings et al.

LEGAL02/30536007v1