Keith/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

PICTURE PATENTS LLC,

           Plaintiff,

  -against-

TERRA HOLDINGS LLC and
HALSTEAD PROPERTY LLC,

           Defendants.

------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07
```

5465

07 CV 5365 (JGK) (HBP)

### STIPULATION EXTENDING TIME TO ANSWER

It is stipulated that defendants Terra Holdings LLC and Halstead Property LLC's time to respond to the complaint be extended to September 17, 2007.

Dated: New York, New York
      September 7, 2007

_Andrew P. Saulitis_  
**Andrew P. Saulitis (AS8047)**  
LAW OFFICES OF  
ANDREW P. SAULITIS P.C.  
Attorneys for Defendants  
  Halstead Property LLC  
  and Terra Holdings LLC  
555 Madison Avenue  
New York, New York 10022-3301  
(212) 459-0900

_Thomas J. Parker_  
**Thomas J. Parker (TP7219)**  
ALSTON & BIRD LLP  
Attorneys for Plaintiff  
  Picture Patents LLC  
90 Park Avenue  
New York, New York 10016  
(212) 210-9400

SO ORDERED:

_____  
U.S.D.J.

9/11/07