IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERRA HOLDINGS LLC and )<br>HALSTEAD PROPERTY LLC )<br>)<br>Defendants. )<br>) | Civil Case No. 07cv5465 (JGK) (HBP)<br>**REQUEST FOR ENTRY OF DEFAULT** |

TO: J. MICHAEL MCMAHON
　　 CLERK OF COURT
　　 UNITED STATES DISTRICT COURT
　　 SOUTHERN DISTRICT OF NEW YORK

Please enter the default of Defendants Terra Holding, LLC and Halstead Property LLC for failure to plead or otherwise defend the captioned action as fully appears from the court file herein, and from the attached affidavit of Thomas J. Parker.

Dated: New York, New York
　　　　November 15, 2007

　　　　　　　　　　　　　　　　　　　　　　　　/s/Thomas J. Parker
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS J. PARKER, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　　90 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10016-1387
　　　　　　　　　　　　　　　　　　　　　　　　(212) 210-9529 (phone)
　　　　　　　　　　　　　　　　　　　　　　　　(212) 210-9444 (facsimile)
　　　　　　　　　　　　　　　　　　　　　　　　thomas.parker@alston.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　*Picture Patents, LLC*