IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PICTURE PATENTS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Case No. 07cv5465 (JGK) (HBP) |
| | ) CLERK'S CERTIFICATE |
| TERRA HOLDINGS LLC and HALSTEAD PROPERTY LLC | ) |
| Defendants. | ) |

  I, J. Michael McMahon, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 8, 2007 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants on August 13, 2007 by serving Wanda Stratton, Assistant to General Counsel at Halstead Property LLC and Terra Holdings LLC, 770 Lexington Avenue, New York, NY 10065 by personally delivering and leaving the summons and complaint with Ms. Stratton who was authorized to accept service, and proof of such service thereof was filed on August 15, 2007.

  I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendants is hereby noted.

Dated: New York, New York
    _____, 2007

              J. MICHAEL MCMAHON
              Clerk of the Court


              By:_____
                 Deputy Clerk