# EXHIBIT A

Exhibit A

AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE KOELTL

# UNITED STATES DISTRICT COURT

SOUTHERN _____    District of    _____ NEW YORK _____

PICTURE PATENTS, LLC,
Plaintiff,

**SUMMONS IN A CIVIL ACTION**

V.

TERRA HOLDINGS LLC and
HALSTEAD PROPERTY LLC, Defendants.

CASE NUMBER:

# 07 CV 5465

TO: (Name and address of Defendant)

Terra Holdings LLC and
Halstead Property LLC
770 Lexington Avenue
New York, NY 10065

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                      JUN 0 8 2007

CLERK _____          DATE _____

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PICTURE PATENTS, LLC
               Plaintiff,

      - against -                     07 CV 5465

TERRA HOLDINGS LLC and           **AFFIDAVIT OF SERVICE**
HALSTEAD PROPERTY LLC
               Defendants.

---

STATE OF NEW YORK   )
                     )  ss:
COUNTY OF NEW YORK )

     Kim Fitzgerald, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and is employed by Alston & Bird LLP.

     That on the 13th day of August 2007, at approximately the time of 2:40 p.m., deponent served true copies of the Summons, Complaint, Individual Practices of Judge John G. Koeltl, Individual Practices of Magistrate Henry Pitman and Critical Instructions to Attorneys upon Terra Holdings LLC at 770 Lexington Avenue, New York, NY 10065 by personally delivering and leaving the same with Wanda Stratton, Assistant to General Counsel, who was authorized to accept service.

     Wanda Stratton is a black female, approximately 35 years of age, stands

approximately 5 feet 7 inches tall and weighs approximately 175 pounds with black hair and brown eyes.

Kim Fitzgerald

Sworn to before me this
15th day of August, 2007

Notary Public

PAMELA L. LEWIS
Notary Public, State of New York
No. 31-4610141
Qualified in New York County
Commission Expires March 30,
April 30, 2011

- 2 -

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN _____   District of _____   NEW YORK

PICTURE PATENTS, LLC,
Plaintiff,

V.

TERRA HOLDINGS LLC and
HALSTEAD PROPERTY LLC, Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

# 07 CV 5465

TO: (Name and address of Defendant)

Terra Holdings LLC and
Halstead Property LLC
770 Lexington Avenue
New York, NY 10065

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUN 0 8 2007

CLERK _____   DATE _____

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

PICTURE PATENTS, LLC
                    Plaintiff,


        - against -                       <u>07</u> CV <u>5465</u>

TERRA HOLDINGS LLC and           **AFFIDAVIT OF SERVICE**
HALSTEAD PROPERTY LLC
                    Defendants.
_____


STATE OF NEW YORK    )
                        )    ss:
COUNTY OF NEW YORK )

      Kim Fitzgerald, being duly sworn, deposes and says, that deponent is not a party

to the action, is over 18 years of age and is employed by Alston & Bird LLP.

      That on the 13th day of August 2007, at approximately the time of 2:40 p.m.,

deponent served true copies of the Summons, Complaint, Individual Practices of Judge

John G. Koeltl, Individual Practices of Magistrate Henry Pitman and Critical Instructions

to Attorneys upon Halstead Properties LLC at 770 Lexington Avenue, New York, NY

10065 by personally delivering and leaving the same with Wanda Stratton, Assistant to

General Counsel, who was authorized to accept service.

      Wanda Stratton is a black female, approximately 35 years of age, stands

approximately 5 feet 7 inches tall and weighs approximately 175 pounds with black hair and brown eyes.

Kim Fitzgerald

Sworn to before me this
15th day of August, 2007

Notary Public

PAMELA L. LEWIS
Notary Public, State of New York
No. 31-4610141
Qualified in New York County
Commission Expires ~~March 30,~~
April 30, 2011