UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

**PICTURE PATENTS LLC,**

          Plaintiff,

    -against-                                     07 CV 5465 (JGK) (HBP)

**TERRA HOLDINGS LLC** and
**HALSTEAD PROPERTY LLC,**

          Defendants.

-----------------------------------------------------x

**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

      The defendants who are nongovernmental corporate parties, pursuant to Fed. R. Civ. P. 7.1, state that defendant Halstead Property, LLC's "parent" is Halstead Holdings, LLC. Defendant Terra Holdings LLC has no corporate parent.  Neither is publicly-held.

Dated:  November 26, 2007

                                                      /s/
                                             Andrew P. Saulitis (AS8047)
                                             LAW OFFICES OF
                                             ANDREW P. SAULITIS P.C.
                                             Attorneys for Defendants
                                               Halstead Property LLC
                                               and Terra Holdings LLC
                                             555 Madison Avenue
                                             New York, New York 10022-3301
                                             (212) 459-0900