# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-210-9444
www.alston.com



RECEIVED
JAN - 7 2008
CHAMBERS OF
JUDGE JOHN G. KOELTL

Thomas J. Parker     Direct Dial: 212-210-9529     E-mail: thomas.parker@alston.com

January 8, 2008

*Via Fax (212) 805-7912*
Hon. John G. Koeltl
United States District Court
United States Court House
500 Pearl Street
Room 750
New York, NY 10027

**APPLICATION GRANTED
SO ORDERED**

*/s/ John G. Koeltl*
1/8/08
John G. Koeltl, U.S.D.J.

Re: *Picture Patents, LLC v. Terra Holdings, LLC et al.* 07CV5465 (JGK) (HBP)
     *Picture Patents, LLC v. Aeropostale, Inc.* 07CV5567 (JGK) (HBP)

Dear Judge Koeltl:

We are attorneys for Picture Patents, LLC in the above-captioned actions. On November 28, 2007 your Honor ordered the parties to submit a consolidated case management schedule by January 11, 2008. Your Honor also ordered that the case be referred to Magistrate Judge Pitman for settlement.

The parties' settlement conference with Magistrate Judge Pitman is scheduled for January 11, 2008, the same day the parties' consolidated case management plan is due.

In view of the parties' upcoming settlement conference, Plaintiff respectfully requests an extension of time to submit a case management plan from January 11, 2008 to January 18, 2008. Plaintiff believes that the additional time will facilitate the parties' efforts to settle the above-captioned litigations.

Neither counsel for Aeropostale nor Terra Holdings et al. have any objection to the above-requested extension.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/08

Respectfully submitted,

*/s/ Thomas J. Parker*
Thomas J. Parker
Attorney for Plaintiff
Picture Patents, LLC

cc: Andrew P. Squlitis
via e-mail: apslaw@msn.com
Attorney for Halstead Properties et al.

Janet Cullum
via e-mail: jcullum@cooley.com
Attorney for Aeropostale, Inc.

LEGAL02/30657728v1

Atlanta • Charlotte • Dallas • New York • Research Triangle • Washington, D.C.