UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
PICTURE PATENTS, LLC.,                :

      Plaintiff,                            :   Case No. 07 CV 05465 (JGK) (HBP)

vs.                                   :

TERRA HOLDING LLC and                 :
HALSTEAD PROPERTY LLC

      Defendants.                           :
------------------------------------ X
PICTURE PATENTS, LLC.,                :

      Plaintiff,                            :   Case No. 07 CV 05567 (JGK) (HBP)

vs.                                   :

AEROPOSTALE, INC.                     :
    Defendant.

                                 :
------------------------------------ X

[Stamp:] USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/1/708

## RULE 26(f) PROPOSED CIVIL CASE
## DISCOVERY PLAN AND SCHEDULING ORDER[1]

The parties have conferred and, pursuant to Rules 26(f) and 16 of the Federal Rules Civil Procedure, submit the following proposed discovery plan and scheduling order to the Court:

Joinder of Additional Parties

Joinder of additional parties may be accomplished                    2/1/08
without leave of Court

Filing of Amended Pleadings

Amended pleadings may be filed without leave of Court                3/1/08

---

[1] The parties in both the above captioned cases have agreed on the schedule set forth here for the two cases but all parties reserve their rights to seek clarification on the extent to which the two cases should be formally consolidated, if at all.

Topics for Discovery

1.  Plaintiff: Infringement, Damages including the including the amount of reasonable royalty, Willfulness

2.  Defendants: Infringement, Damages, Affirmative Defenses including e.g. prosecution history, prior art, obviousness, royalty, market factors, laches

Discovery

|   |   | Plaintiff | Defendants |
|---|---|---|---|
| 1. | Rule 26(a) disclosures are to be served | | 2/12/08 |
| 2. | All fact discovery is to be completed | | 9/15/08 |
| 3. | Contention Interrogatories on Infringement, Invalidity and Unenforceability may be served By Defendants | 5/1/08 | 3/1/08 |
| 4. | Contention Interrogatories on Infringement may be served by Plaintiff | 6/1/08 | 4/1/08 |
| 5. | Contention Interrogatories on Invalidity and Unenforceability may be served by Plaintiff | 5/1/08* | 4/1/08 |
| 6. | Plaintiff shall submit a claim chart reflecting the Claims at issue to the Defendants | ** | 2/15/08 |

\* Alternatively, on the same date that Defendants may serve contention interrogatories on infringement.
\*\* Claim charts are unnecessary given that Plaintiff will provide its infringement contentions in response to Defendants interrogatories to be served by 4/1/08 or 5/1/08 (See above).

Electronically Stored Information

The parties agree to confer and develop a plan with respect to the production of electronically stored information.

Expert Discovery

1.  Opening expert report for the party bearing the burden of proof shall be served — 10/1/08

2. Rebuttal expert report shall be served  11/1/08
3. Expert discovery closes  11/24/08

Pre-Trial Order

The parties will submit a pre-trial order in a form conforming with the Federal Rules of Civil Procedure and the Court's instructions on  12/19/08

Pre-Trial Conference

The parties will hold a pre-trial conference pursuant to Fed. R. Civ.P. 16(d) on _____.

Protective Order

The parties agree that a protective order governing the exchange of confidential information will be necessary in this case and will file a stipulated protective order.

Trial Length

This case will be tried by a jury. The parties anticipate that trial will last 3-4 trial days.

Respectfully submitted,

Counsel

FOR PICTURE PATENTS, LLC:

_____
Thomas J. Parker, Esq.
Amy Manning, Esq.
Alston & Bird LLP
90 Park Avenue
New York, New York 10016
Tel. (212) 210-9400
Fax (212) 210-9444

FOR TERRA HOLDINGS LLC and
HALSTEAD PROPERTY LLC:

_____
Andrew P. Saulitis
Law Offices of Andrew P. Saulitis P.C.

So ordered,

JG Kelly
2/1/08    U.S.D.J.

-3-

-4-

555 Madison Avenue
New York, New York 10022-3301
Tel. (212) 459-0900

FOR AEROPOSTALE, INC:

Janet L. Cullum, Esq.
Cooley Godward Kronish LLP
1114 Avenue of Americas
New York, New York 10036-7798
Tel. (212) 479-6000
Fax (212) 479-6275

SO ORDERED

Dated: _____, 2008

_____
Honorable John G. Koeltl
United States District Judge