AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |
|---|---|---|

PICTURE PATENTS, LLC,
Plaintiff,

**SUMMONS IN A CIVIL ACTION**

V.
TERRA HOLDINGS, LLC,
HALSTEAD PROPERTY, LLC
BROWN HARRIS STEVENS, LLC
Defendants.

CASE NUMBER:   07 CV 5465

TO: (Name and address of Defendant)

BROWN HARRIS STEVENS, LLC
770 Lexington Avenue
4th Floor
New York, New York 10021

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Parker
Alston & Bird LLP
90 Park Avenue
New York, New York 10016

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

FEB 0 1 2008

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PICTURE PATENTS, LLC
                    Plaintiff,

              - against -                                   07 CV 5465

TERRA HOLDINGS, LLC,                          **AFFIDAVIT OF SERVICE**
HALSTEAD PROPERTY, LLC and
BROWN HARRIS STEVENS, LLC

                    Defendants.

STATE OF NEW YORK     )
                                            )      ss:
COUNTY OF NEW YORK  )

Kim Fitzgerald, being duly sworn, deposes and says, that deponent is not a party

to the action, is over 18 years of age and is employed by Alston & Bird LLP.

That on the 4th day of February 2008, at approximately the time of 2:20 p.m.,

deponent served true copies of the Summons, Complaint, Individual Practices of Judge

John G. Koeltl, Individual Practices of Magistrate Henry Pitman and Critical Instructions

to Attorneys upon Brown Harris Stevens, LLC at 770 Lexington Avenue, New York, NY

10065 by personally delivering and leaving the same with Wanda Stratton, Assistant to

General Counsel, who was authorized to accept service.

Wanda Stratton is a black female, approximately 35 years of age, stands

LEGAL02/30490112v1

- 2 -

approximately 5 feet 7 inches tall and weighs approximately 175 pounds with black hair and brown eyes.

_Kim Fitzgerald_
Kim Fitzgerald

Sworn to before me this
6th day of February, 2008

_Jeannine Grudzien_
Notary Public

**JEANNINE GRUDZIEN**
**Notary Public, State of New York**
**No. 01GR6178877**
**Qualified in New York County**
**Commission Expires December 10, 20__**

LEGAL02/30490112v1