✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |
|---|---|---|

Picture Patents, LLC.
                  Plaintiff,

        v.

Terra Holdings LLC, et al
                  Defendants.

**APPEARANCE**

Case Number:  07-cv-05465-JGK

To the Clerk of this court and all parties of record:

        Enter my appearance as counsel in this case for

        Picture Patents, LLC., Plaintiff

        I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/3/0 ( | |
| Date | Signature |
| | Robert E. Hanlon                    RH-8794 |
| | Print Name                        Bar Number |
| | Alston & Bird LLP - 90 Park Ave. |
| | Address |
| | New York          NY          10016 |
| | City          State          Zip Code |
| | (212) 210-9410          (212) 210-9444 |
| | Phone Number                        Fax Number |