Andrew P. Saulitis (AS8047)
LAW OFFICES OF
ANDREW P. SAULITIS P.C.
Attorneys for Defendants
  Halstead Property LLC, Terra Holdings LLC
  and Brown Harris Stevens, LLC
555 Madison Avenue
New York, New York 10022-3301
(212) 459-0900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------x

**PICTURE PATENTS LLC,**

                Plaintiff,

-against-                              07 CV 5465 (JGK) (HBP)

**TERRA HOLDINGS LLC** and
**HALSTEAD PROPERTY LLC,**

                Defendants.

----------------------------------------------------x

## FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

      The defendants who are nongovernmental corporate parties, pursuant to Fed. R. Civ. P. 7.1, state that defendant Brown Harris Stevens, LLC's "parent" is Halstead Holdings, LLC.

Neither is publicly-held.

Dated: March 25, 2008

                                            _/s/_____
                                            Andrew P. Saulitis (AS8047)
                                            LAW OFFICES OF
                                            ANDREW P. SAULITIS P.C.
                                            Attorneys for Defendants
                                               Halstead Property LLC,
                                               Terra Holdings LLC and
                                               Brown Harris Stevens LLC
                                            555 Madison Avenue
                                            New York, New York 10022-3301
                                            (212) 459-0900