UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Picture Patents, LLC

                                 Plaintiff,                                     _07___CIVIL_5465_____(JGK)

        -against-

Terra Holdings LLC

                                 Defendant.
----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Janice Ann Christensen_____

☑ *Attorney*

    ☑ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
        __JC 8280_____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: ____Morgan & Finnegan, LLP_____

    To: ____Alston & Bird, LLP_____

    ☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ **Address:** __90 Park Avenue, New York, NY 10016_____

☐ **Telephone Number:** __212-210-9400_____

☐ **Fax Number:** __212-210-9444_____

☐ **E-Mail Address:** __janice.christensen@alston.com_____

Dated: __April 24, 2008_____        */s/ Janice A. Christensen*