UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

                                            :

PICTURE PATENTS LLC,                        :
                                            :
                        Plaintiff,          :
                                            :
        - against –                         :
                                            :
TERRA HOLDINGS LLC, et al.,                 :
                                            :
                        Defendants.         :

------------------------------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/12/08

07 Civ. 5465 ( JGK )( HBP )
07 Civ. 5567 ( JGK )( HBP )

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following

purpose(s):

____    General Pretrial (includes scheduling,
        discovery, non-dispositive pretrial motions,
        and settlement)

_X_    Specific Non-Dispositive Motion/Dispute:*

       Defendants' letter dated August 6, 2008.

       If referral is for discovery disputes  when
       the District Judge is unavailable, the time
       period of the referral:_____

____    Settlement*

____    Inquest After Default/Damages Hearing

____    Consent under 28 U.S.C. § 636(c) for all
        purposes (including trial)

____    Consent under 28 U.S.C.§ 636(c) for
        limited purpose (e.g., dispositive motion,
        preliminary injunction)

        Purpose:_____

____    Habeas Corpus

____    Social Security

____    Dispositive Motion (i.e., motion requiring
        a Report and Recommendation)

        Particular Motion:_____
        _____

        All such motions: ____

**SO ORDERED.**

DATED:     New York, New York
           August 7, 2008

                                    John G. Koeltl
                                    United States District Judge

---

* Do not check if already referred for general pretrial.